Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno: Justin V. Rodriguez, 212-637-2591

## UNITED STATES DISTRICT COURT
for the
Southern District of New York

**17 MAG . 7569**

United States of America
v.
SHAWN OLSZEWSKI

)
)   Case No.
)
)
)
)

*Defendant*

RECEIVED
ISD/IOD/NYRT
2017 OCT 11 PM 8:14
U.S. MARSHALS SERVICE
SOUTHERN NEW YORK

### ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* SHAWN OLSZEWSKI                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 751(a) & 4082(a) (escape)

Date: 10/11/2017

_____
*Issuing officer's signature*

City and state: New York, New York

Hon. Barbara C. Moses, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

709174



17 MAG . 7569

Approved: _____
JUSTIN V. RODRIGUEZ
Assistant United States Attorney

Before:  THE HONORABLE BARBARA C. MOSES
United States Magistrate Judge
Southern District of New York

- - - - - - - - - - - - - - - - - - X
                                    :  **SEALED COMPLAINT**
UNITED STATES OF AMERICA            :
                                    :  Violations of 18 U.S.C.
      - v. -                        :  §§ 751(a) and 4082(a)
                                    :
SHAWN OLSZEWSKI,                    :  COUNTY OF OFFENSE:
                                    :  BRONX
              Defendant.            :
                                    :
- - - - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss.:

ESTIVENSON PAYANO, being duly sworn, deposes and says that he is a Deputy United States Marshal with the United States Marshals Service ("USMS"), and charges as follows:

**COUNT ONE**
(Escape)

1. On or about October 4, 2017, in the Southern District of New York and elsewhere, SHAWN OLSZEWSKI, the defendant, knowingly did escape and attempt to escape from the custody of the Attorney General and his authorized representative, and from an institution and facility in which he was confined by direction of the Attorney General, and from custody under and by virtue of process issued under the laws of the United States by a court, judge, and magistrate judge, and from the custody of an officer and employee of the United States pursuant to a lawful arrest, which custody and confinement was by virtue of a conviction of an offense, to wit, OLSZEWSKI, while in the custody of the Bronx Residential Reentry Center ("Bronx RRC") located at 2534 Creston Avenue in the Bronx, New York, following a conviction in the United States District Court for the Southern District of New York for conspiracy to distribute and possess with intent to distribute

cocaine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C), fled the Bronx RRC without authorization and failed to return.

(Title 18, United States Code, Sections 751(a) and 4082(a).)

The bases for my knowledge and for the foregoing charge are, in part, as follows:

2. I am a Deputy United States Marshal ("DUSM") with the USMS. This affidavit is based upon my personal participation in the investigation of this matter, as well as on my conversations with other law enforcement officers and my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts I have learned during the investigation. Where the contents of documents or the actions, statements, or conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

3. Based on my review of documents and reports from the Department of Justice, the Federal Bureau of Prisons ("BOP"), and the Bronx RRC, and criminal history records relating to SHAWN OLSZEWSKI, the defendant, I have learned, among other things, the following:

a. On or about September 9, 2015, OLSZEWSKI pled guilty in the United States District Court for the Southern District of New York, to conspiring to distribute and to possess with intent to distribute cocaine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C) (the "Drug Conspiracy Conviction"). See 15 Cr. 364 (WHP).

b. On or about January 22, 2016, in connection with the Drug Conspiracy Conviction, the Honorable William H. Pauley, III, United States District Judge for the Southern District of New York, sentenced OLSZEWSKI to a term of 48 months' imprisonment and to a three-year term of supervised release.

c. On or about June 22, 2017, OLSZEWSKI was transferred from Federal Correctional Institution Schuylkill to the Bronx RRC to serve the remainder of his sentence on the Drug Conspiracy Conviction. The Bronx RRC is a BOP facility.

d. OLSZEWSKI received multiple incident reports during his time at the Bronx RRC. As a result, a Residential Reentry Manager ordered that OLSZEWSKI be transferred to a secure institution.

2

     e. On or about October 4, 2017, at the Bronx RRC, DUSMs with the USMS attempted to take OLSZEWSKI and remand him to the Metropolitan Detention Center in Brooklyn, New York. While the DUSMs were attempting to remand him, OLSZEWSKI fled the Bronx RRC, without authorization, and did not return.

    WHEREFORE, the deponent respectfully requests that a warrant issue for the arrest of SHAWN OLSZEWSKI, the defendant, and that he be arrested and imprisoned, or bailed, as the case may be.

            _____
            ESTIVENSON PAYANO
            Deputy United States Marshal
            United States Marshals Service

Sworn to before me this
11th day of October, 2017

_____
THE HONORABLE BARBARA C. MOSES
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

3



UNITED STATES GOVERNMENT MEMORANDUM
RESIDENTIAL REENTRY OFFICE
BROOKLYN, NEW YORK

DATE: August 09, 2017

TO: UNITED STATES MARSHALS SERVICE
SOUTHERN DISTRICT OF NEW YORK

FROM: /S/
Patrick McFarland, Residential Reentry Manager
New York Residential Reentry Office

SUBJECT: **ESCAPED FEDERAL PRISONER**

| | | |
|---|---|---|
| NAME: | Olszewski, Shawn | Docket No.: 0208 1:15CR00364-003 (WHP) |
| REG. NO: | 72122-054 | Release Date: 12/15/2017 3621E |
| CMC: No | | |

RRC RESIDENCE: BRONX COMMUNITY RE-ENTRY CENTER
2534 Creston Avenue
Bronx, New York 10468

**CIRCUMSTANCES:**

Inmate Olszewski ran out of the RRC facility. During his history of federal incarceration, Olszewski has incurred one incident report. During this residency in Bronx RRC, he has incurred three incident reports.

On October 04, 2017, inmate Olszewski ran out of the RRC facility, while being remanded by the USMS SDNY. The RRM office was notified at 10:46 am and the USMS were notified at 10:49 am.

**Release Information:**
Fatemah Safie (Girlfriend)
157 Hudson Ave
Mechanicville, New York 12118

**REQUEST TO PLACE WARRANT FOR ESCAPED FEDERAL PRISONER:**

As inmate Olszewski is a sentenced Federal prisoner, I hereby authorize the United States Marshals Service, Southern District of New York to issue a warrant for escape, to apprehend inmate Olszewski and remand him to a secure Federal facility, pending further designation.

**NOTIFICATION UPON APPREHENSION:**

We ask that you notify our office immediately upon apprehension of inmate Morales at (718)840-4218 or 840-4219.

*YOUR COOPERATION WITH THIS MATTER IS GREATLY APPRECIATED.*

BP-A0393
APR 10

**NOTICE OF ESCAPED FEDERAL PRISONER** CDFRM

U.S. DEPARTMENT OF JUSTICE          FEDERAL BUREAU OF PRISONS

| Institution | Date |
|---|---|
| CNK New York Residential Reentry Office | October 4, 2017 |

| Name | Number | Date of Birth | Age |
|---|---|---|---|
| Olszewski, Shawn | 72122-054 | 12/22/1978 | 39 |

| Sex | Race | Height | Weight | Eyes | Hair | Place of Birth |
|---|---|---|---|---|---|---|
| Male | White | 6'02" | 170 | Brown | Blue | New York |

| Citizenship | Build | Home Address |
|---|---|---|
| US | Large | 157 Hudson Ave.<br>Mechanicville, New York 12118<br>Fatemah Safaie (Girlfriend) |

| Scars, Marks, Tattoos : UNK | Occupation : |
|---|---|

| Last Used Aliases: Unknown | FBI No. 530847DB5 | SSN. 083726764 |
|---|---|---|

| Sentence: 48 months/ 3 years with supervision   Offense: Conspiracy to Distribute & Possess Cocaine | Original Arresting Agency: ATF |
|---|---|

Details of Escape:
Armed: __ Yes __ No  X Unknown
Consider Dangerous:  X Yes ___ No
Violent Behavior:  X Yes ___ No

Inmate Olszewski arrived at the Bronx RRC on June 22, 2017, via furlough transfer from Schuylkill, PA.

On Wednesday, October 04, 2017, inmate Olszewski ran out of the RRC facility, while being remanded by the USMS SDNY. He was placed on escape status on October 04, 2017 at 10:47 am. The United States Marshals Service, Southern District of New York was notified on October 04, 2017 10:47 am.

There has been no media attention regarding this case. Olszewski does not have a CIM assignment and he is not a VWP case. He does not have a Public Safety Factor.

SUBJECT TO THE CONDITIONS OF TITLE 28, PART 7, SECTION 7.1 - 7.5 OF THE CODE OF FEDERAL REGULATIONS, A STANDING OFFER TO REWARD IS MADE FOR THE CAPTURE, OR ASSISTANCE IN, OR FURNISHING INFORMATION LEADING TO THE CAPTURE OF AN ESCAPED FEDERAL PRISONER. THIS REWARD SHALL NOT BE IN EXCESS OF $200 UNLESS SPECIFICALLY GRANTED BY THE DIRECTOR OF THE BUREAU OF PRISONS.

IF APPREHENDED, OR IF YOU HAVE INFORMATION CONCERNING THE PRISONER, WIRE OR TELEPHONE COLLECT THE NEAREST OFFICE OF THE FEDERAL BUREAU OF INVESTIGATION (F.B.I.), OR CONTACT THE CHIEF EXECUTIVE OFFICER OF THIS FACILITY

TELEPHONE NUMBER: __718-840-4219__
                      Area Code

Patrick McFarland
Residential Reentry Manager



UNITED STATES GOVERNMENT MEMORANDUM
RESIDENTIAL REENTRY MANAGEMENT OFFICE
BROOKLYN, NEW YORK

Date:      October 4, 2017

To:        U.S. MARSHALS SERVICE
           Southern District of New York
           /s/ *signature*
From:      Patrick McFarland, Residential Reentry Manager
           Brooklyn, New York 11232

Subject:   ***RRC FAILURE***
Name:      **Olszewski, Shawn**
**Reg. No:** 72122-054
**CMC: No**   Release Date: 12/15/2017, 3261e

Location:  Bronx Residential Reentry Center
           2532-2534 Creston Avenue
           Bronx, NY 10468

Contact:   Mrs. Joanne Williams, CEC Director
Tel. No:   (718) 561-4155

**CIRCUMSTANCES:**

**Code: 309 Program Failure**

On September 29, 2017 inmate Olszewski has received multiple incident reports. Since his arrival to the RRC on June 22, 2017. We are therefore requesting his immediate transfer to a secure institution.

As inmate Olszewski is a sentenced federal prisoner, I hereby authorize the United States Marshals Service, Southern District of New York, to remand him at the ***Metropolitan Detention Center, Brooklyn, New York pending further designation***.

Arrangements can be made with Mrs. Joanne Williams, CEC Director to have this subject picked up.

Your cooperation with this matter is greatly appreciated.

USM-SDNY FAX :(212)637-6131